HENRY L. SPRAGUE, Appellant, *v.* WILLIAM S. WEBB et al., Respondents.

*Sprague* v. *Webb*, 168 App. Div. 292, affirmed.

(Argued January 14, 1919; decided January 28, 1919.)

APPEAL from a judgment entered August 20, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The action was brought to recover from defendant Webb damages for having failed to use his best efforts to carry to a successful termination a joint adventure by which plaintiff, said defendant and another sought to acquire substantially all of the capital stock of a railroad corporation. The Appellate Division held that the scheme was illegal and immoral and that the courts should not aid either party in enforcing it nor give damages for a breach or for services rendered in pursuance thereof.

*Lawrence A. Sullivan* for appellant.

*Howard Taylor, Henry B. Anderson* and *Roy C. Gasser* for William S. Webb, respondent.

Judgment affirmed, with costs to respondent Webb; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.